KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
201 Las Vegas Blvd South
Suite 200
Las Vegas, NV 89101
(702) 853-0700

E-FILED:02/04/2010

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:
DIANE MARIE ALDRICH

CASE NO: BKS-09-25950-LBR

CHAPTER 13

Hearing Date:  February 11, 2010
Hearing Time:  1:30 pm

HAINES & KRIEGER L.L.C.
Attorney for the Debtor

**TRUSTEE'S OPPOSITION TO CONFIRMATION OF 2 - SUPPLEMENTAL OPPOSITION
COMBINED WITH TRUSTEE'S RECOMMENDATION FOR DISMISSAL**

The Trustee herein, Kathleen A. Leavitt, hereby objects to confirmation of Plan and hereby represents the following:

The Debtor(s) filed for Chapter 13 relief on 08/27/2009. The 341(a) Meeting of Creditors held on November 13, 2009 at 11:00 am was:

- Concluded

The Trustee objects to confirmation of the Chapter 13 Plan for the following reason(s):

- Debtor(s) are delinquent in Plan payments

- Other:  Need explanation and verification of large deposits in Wells Fargo account number 9906: 3/4/2009 $3,057.70, 3/24/2009 $18,023.28, 4/21/2009 $6,506.29, 4/27/2009 $6,526.08, and Wells Fargo account number 2452: 5/7/2009 $10,000.

- The Debtor(s) has failed to cooperate with the Trustee [11 USC § 521(a)(3)] as the following documents were not provid

    - All tax returns for all taxable periods ending during the 4-year period ending on the date of the filing of the petition.  Specifically, tax years 2005, 2006, 2007, 2008

    - Amendment to Form B22C Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposible Income:  to include all income received from February 2009 - July 2009.

    - Amendment to Schedule B. Personal Property:  to list cash and stock in account on date of filing..

THEREFORE, the Trustee objects to confirmation for the foregoing reasons and recommends that this case be dismissed and that the Trustee be allowed administrative expenses in the amount of $450.00.

Dated: 02/04/2010

/s/Kathleen A. Leavitt
Kathleen A. Leavitt
Chapter 13 Trustee