George Haines, Esq.  
Nevada Bar No. 9411  
David Krieger, Esq.  
Nevada Bar No. 9086  
HAINES & KRIEGER, LLC  
1020 Garces Ave.  
Las Vegas, NV 89101  
Phone: (702) 880-5554  
FAX: (702) 385-5518  
Email: info@hainesandkrieger.com  
Attorney for Diane Aldrich  

E-FILED: March 29, 2010

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Diane Aldrich<br><br><br>                           Debtor(s). | Case No. BKS-- 09-25950-LBR<br>Chapter 13<br><br>Hearing Date: March 31, 2010<br>Hearing Time: 10:00 AM |

### AFFIDAVIT IN SUPPORT OF DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

STATE OF NEVADA    )  
                                   ) ss.  
COUNTY OF CLARK  )

*Michael Richman* says:

1. That Affiant makes this Affidavit of my own personal knowledge

2. Affiant is competent to testify as to the matters herein.

3. Affiant is an employee of Haines and Krieger Loan Modifications, LLC.

4. On or About August 2009, Debtor(s) contacted Affiant for the purpose of obtaining a modification of their mortgage loan with Wells Fargo.

- 1 -

5. On October 27, 2009, processor submitted Debtor's authorizations to the mortgage lender.

On November 10, 2009, processor submitted Debtor's loan modification submission package to the mortgage lender. Loan modification submission package was re-submitted to lender on 12/2/09. On February 3, 2010, processor, Phil, called lender and spoke with Lenny (ID 9EF) and processor as informed that the file is in review and that they need updated P&L and bank statements. Processor contacted client to request for documents and client said she will get it to him as soon as she gets back in town. On **March 26, 2010,** processor, Renisha, called lender and spoke with Janet (ID # TCI) and processor was informed that the lender needs the Consent letter from the attorney to be re-faxed, to get an updated hardship letter, and updated paystubs to be sent to the lender. Once the processor receives the documents, the documents will be forwarded to the lender.

6. I will continue to provide updates to Debtor(s) and the lenders attorney as, further information becomes available.

DATED: March 29, 2010

_____
**Affiant**

SUBSCRIBED and SWORN to before me this 29 day of March 2010.

_____
NOTARY PUBLIC in and for said County and State

NOTARY PUBLIC
KATE PEREZ
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. SEPTEMBER 24, 2011
No: 07-4889-1

- 2 -