George Haines, Esq.
Nevada Bar No. 9411
David Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Diane M. Aldrich

E-FILED: August 17, 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re:                          | ) Case No. BKS-09-25950-LBR         |
|                                 | ) Chapter 13                        |
|                                 | )                                   |
| **Diane M. Aldrich**,           | ) Hearing Date:  OST REQUESTED      |
|                                 | ) Hearing Time:  OST REQUESTED      |
|                                 | )                                   |
| Debtor(s).                      | )                                   |

### NOTICE OF DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION

**TO:** ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES

**THE COURT**, the Debtor, the Chapter 13 Trustee, and all creditors and parties in interest are hereby notified of a hearing on the Debtor's Motion to Approve Loan Modification.

**TAKE FURTHER NOTICE** that any party who objects to the Debtor's Motion to Approve Loan Modification must file a written objection pursuant to Local Rule 9014(d)(1):

> Oppositions to a motion must be filed and service must be completed on the movant no later than 14 days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of LR 9014(c).

If an objection is not timely filed and served, an order the aforementioned motion and request for relief may be granted.  LR 9014(a)(1).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> °   The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> °   The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Debtor's Motion to Approve Loan Modification will be held before United States Bankruptcy Judge Linda B. Riegle, in the Foley Building, 300 Las Vegas Boulevard South, 3rd Floor, on  at **.**

DATED August 17, 2010

        HAINES & KRIEGER, L.L.C.

        By: /s/George Haines, Esq.
           George Haines, Esq.
           1020 Garces Ave.
           Las Vegas, NV 89101