

**Entered on Docket
September 29, 2010**

_____
            **Hon. Linda B. Riegle
United States Bankruptcy Judge**

George Haines, Esq.
Nevada Bar No.: 9411
HAINES & KRIEGER, LLC
1020 Garces Ave.
Las Vegas, NV 89101
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@hainesandkrieger.com
Attorney for Diane M. Aldrich

E-FILED: September 27, 2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | ) Case No. BKS-09-25950-LBR |
| --- | --- |
| | ) Chapter 13 |
| **Diane M. Aldrich**, | ) Hearing Date:  September 27, 2010 |
| | ) Hearing Time: 9:30 a.m. |
| Debtor(s). | ) |

### ORDER ON DEBTOR'S MOTION TO PERMIT MODIFICATION OF HOME LOAN

THE ABOVE MATTER having been heard at the time and date above:

/./../

- 1 -

- 2 -

**IT IS ORDERED THAT** the Debtor's motion to approve a modification with WELLS FARGO HOME MORTGAGE for a property owned by the Debtor located at 319 CANYON RIVER COURT, HENDERSON, NEVADA, 89012 is hereby **APPROVED**.

DATED September 27, 2010

HAINES & KRIEGER, L.L.C.

By:    __/s/David Krieger, Esq.
David Krieger, Esq.
Attorney for Debtor(s)

### **ALTERNATIVE METHOD re: RULE 9021**:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

_x__ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###